```
                                                    FILED
                                              IN CLERK'S OFFICE
                                         U.S. DISTRICT COURT E.D.N.Y.

                                         ★    JUL 31 2018    ★
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LONG ISLAND OFFICE

---------------------------------------------------------------x

RAYMOND J. SURIS and SURIS & ASSOCIATES, P.C.,

Action No.: 2:18-cv-2024

Plaintiffs,

STIPULATION OF
VOLUNTARY DISMISSAL
PURSUANT TO
F.R.C.P. 41 (a)(1)(A)(ii)

-against-

EVANSTON INSURANCE COMPANY a wholly owned
Subsidiary of MARKEL CORPORATION,

Defendants.

---------------------------------------------------------------x

**STIPULATION OF VOLUNTARY DISMISSAL PURSINAT TO F.R.C.P 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED between and among the parties, and their respective counsel, that in accordance with the May 29, 2018 Settlement Agreement entered into between and among the parties, the above-captioned action, and all claims asserted therein, are voluntarily dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: July 27, 2018

KENNEDYS CMK, LLP

*[signature]*

Michael J. Tricarico (MT5332)
570 Lexington Avenue – 8th Floor
New York, New York 10022
(212) 252-0004
Email: michael.tricarico@kennedyscmk.com
*Attorneys for Defendant*
*Evanston Insurance Company*

SCALZI & NOFI, PLLC

*[signature]*

Vincent J. Nofi, Esq.
43 Prospect Street
Huntington, New York 11743
516.662.5197
Email: vjnofi@gmail.com
*Attorneys for Plaintiffs*

*[handwritten]* The Clerk of the Court shall close the case.

SO ORDERED
*[signature]* Joseph Bianco
Joseph F. Bianco
USDJ
Date: July 31, 2018
Central Islip, N.Y.